FILED

Name: James B. Jordan
Address: 3314½ Stocker Street
Los Angeles, CA 90008
Phone: (303) 872-7620
Fax:

In Pro Per

2023 JUN -2 PM 12:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___LP___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

James B. Jordan

Plaintiff

v.

Federal Bureau of Investigations

Defendant(s).

CASE NUMBER:

LA23CV04327-DOC-MAR

( Enter document title in the space provided above )

On May 23, 2023 United States Judge David O. Carter biasly closed (Dismissed without prejudice) case 2:23-cv-02023 /FBI due to David O. Carter wrongfully stating Plaintiff was able to pay filing fees. For example, Plaintiff is not employed and has been unemployed for years due to law enforcement (all defendants) harassment. Plaintiff previously worked for (7 day project) part-time assignment and reported to U.S. District Court. 7 days is not a job, Plaintiff is still in poverty and being harassed everyday by law enforcement. David O. Carter did not legally state any reason that plaintiff could pay filing fees. David O. Carter breached the law by assuming that

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Plaintiff can pay. Plaintiff is the victim of harassment and has been assaulted and terrorized (Warfare) by LAPD, Sheriffs, and FBI (Federal Bureau of Investigations (all defendants). For example, Plaintiff was arrested 5/29/2023 illegally by East Los Angeles Sheriff Trejo and taken to East Los Angeles Sheriff's station. Plaintiff's (5/29/2023) vehicle 2004 Nissan (owned for 10 days) was impounded, etc. FBI has been threatening Plaintiff saying LAPD and Sheriffs are gonna keep arresting Plaintiff and terrorize Plaintiff through Radiation Warfare, Chemical Warfare, Information Warfare, etc.

Judge David O. Carter is treating Plaintiff bias by closing Plaintiff previous lawsuit against LA County District Attorney, and Federal Bureau of Investigations. For example, David O. Carter received Purple Heart in Vietnam War and was medically discharged as a Lt. in Military. David O. Carter is a War Veteran who knows the life threatening dangers of warfare. David O. Carter has taken an oath as a judge to protect the law (with) by issuing Justice. And David O. Carter is not. Plaintiff is being harassed by law enforcement and Warfare is illegal. Frivolous - means to harass, Malice - means to do bad things to another person.
David O. Carter is illegally dismissing Plaintiffs suits for false reasons, frivolous (Plaintiff is being terrorized), malice, and able to pay fees. When Plaintiff is the victim, broke and in life threatening danger. x James N. Jordan BSW, MSW

2.